No. 92–895. ROUCH v. ENQUIRER & NEWS OF BATTLE CREEK, MICHIGAN. Sup. Ct. Mich. Certiorari denied. JUSTICE WHITE and JUSTICE THOMAS would grant certiorari.

No. 92–1013. CHAPMAN v. POWERMATIC, INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 92–6423. GAYLE v. UNITED STATES; and

No. 92–6647. HESTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: 967 F. 2d 483 and 488.

No. 92–6584. ALLEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant certiorari and reverse the judgment.

No. 92–7123. VITALE v. VITALE. Sup. Ct. N. H. Motion of respondent for award of damages denied. Certiorari denied.

No. 92–7251. ASSA'AD-FALTAS v. VIRGINIA DEPARTMENT OF HEALTH ET AL. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.